```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Jonathan Santiago

             v.

                                            Civil No. 14-cv-100-JL

NH Department of Corrections,
Commissioner, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 29, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 27, 2015

cc:    Jonathan Santiago, pro se
       Nancy J. Smith, Esq.